UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 04 B 36107
   JUDITH A DUFRESNE
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-3195
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/29/04 and confirmed on 11/24/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10310.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 14257.21 | .00 | 3420.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3479.58 | .00 | 834.73 |
| DISCOVER BANK | UNSECURED | 4362.48 | .00 | 1046.53 |
| GMAC PAYMENT CENTER | UNSECURED | 6747.49 | .00 | 1618.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1189.90 | .00 | 285.45 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 30036.66 | .00 | 30036.66 |
| PRINCIPAL PAID | .00 | .00 | 7205.60 | .00 | 7205.60 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7205.60 | .00 | 7205.60 |

The Debtor's attorney, JOHN A REED                 , was allowed $ 2700.00 and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $    445.40 .

Refunds to the Debtor totaled $    365.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
   Dated: 01/10/08                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 36107 JUDITH A DUFRESNE
```